Law Offices Of

# Vallejos & Morales

A Professional Corporation
50 Harrison Street, Suite 102
Hoboken, New Jersey 07030

**Peter J. Morales**　　　　　　　　　　　　　　　　　　(201) 876-1200 Phone
**Andrew B. Vallejos**　　　　　　　　　　　　　　　　　　(201) 876-1201 Fax

August 20, 2009

United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Attention: Hon. Judge Stanley R. Chesler, U.S.D.J.

   **RE:   N.V.E. INC. v. CHIU Y. LAU ET AL
          CASE NUMBER: 2:08-CV-493-SRC-MAS**

Dear Judge Chesler:

   This office represents the interests of the Defendant, CHIU Y. LAU, in the above referenced matter.

   On August 14, 2009, my office filed a Notice of Motion to Dismiss the Complaint for Plaintiff's failure to provide Discovery pursuant to the Federal Rules of Civil Procedure and the Pre-Trial Scheduling Order.

   I am now in receipt of Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents.

   **As such, I respectfully withdraw my Notice of Motion to Dismiss filed August 14, 2009 returnable September 8, 2009.**

   Thank you for your kind attention.

                           RESPECTFULLY SUBMITTED,

                           ***/s/ Peter J. Morales***
                           PETER J. MORALES, ESQ.
                           ATTORNEY FOR DEFENDANT
                           50 HARRISON STREET, SUITE 102
                           HOBOKEN, NEW JERSEY 07030
                           (201) 876-1200

PJM/