Law Offices Of

# Vallejos & Morales

**A Professional Corporation**
50 Harrison Street, Suite 102
Hoboken, New Jersey 07030

**Peter J. Morales**                                    (201) 876-1200 Phone
**Andrew B. Vallejos**                                  (201) 876-1201 Fax

---

August 20, 2009

United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Attention: Hon. Judge Stanley R. Chesler, U.S.D.J.

    **RE:   N.V.E. INC. v. CHIU Y. LAU ET AL**
           **CASE NUMBER: 2:08-CV-493-SRC-MAS**

Dear Judge Chesler:

    This office represents the interests of the Defendant, CHIU Y. LAU, in the above referenced matter.

    On August 14, 2009, my office filed a Notice of Motion to Dismiss the Complaint for Plaintiff's failure to provide Discovery pursuant to the Federal Rules of Civil Procedure and the Pre-Trial Scheduling Order.

    I am now in receipt of Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents.

    **As such, I respectfully withdraw my Notice of Motion to Dismiss filed August 14, 2009 returnable September 8, 2009.**

    Thank you for your kind attention.

                              RESPECTFULLY SUBMITTED,

                              ***/s/ Peter J. Morales***
                              PETER J. MORALES, ESQ.
                              ATTORNEY FOR DEFENDANT
                              50 HARRISON STREET, SUITE 102
                              HOBOKEN, NEW JERSEY 07030
                              (201) 876-1200

PJM/